UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

CASE NO. 09-20865-CIV-HURLEY/HOPKINS
(Ancillary Proceeding to U.S.D.C. Case No. 08-81565-CIV-HURLEY/HOPKINS)

JONATHAN E. PERLMAN, Esq., as court
appointed Receiver of Creative Capital
Consortium, LLC, et al.,

    Plaintiff,

v.

GABRIELLE ALEXIS, an individual,
LAW OFFICES OF GABRIELLE ALEXIS, P.A.,
a Florida professional association, , a Florida corporation,
MONDESIR & ALEXIS TITLE SERVICES, INC.,
a dissolved Florida corporation,

    Defendants.
_____/

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND S.D. FLA. LOCAL RULE 26.l(A)

Pursuant to Federal Rule of Civil Procedure 26(a)(l) and S.D. Fla. Local Rule 26.l(A), Plaintiff Jonathan E. Perlman, Esq., the court-appointed Receiver (the "Receiver") of Creative Capital Consortium, LLC, A Creative Capital Concept$, LLC,[1] United Investment Club, LLC, Reverse Auto Loan, LLC, Wealth Builders Circle, LLC, The Dream Makers Capital Investment, LLC, G$ Trade Financial, Inc. and Unity Entertainment Group, Inc.,[2] hereby makes his initial disclosures:

---

[1] Creative Capital Consortium, LLC and A Creative Capital Concept$, LLC shall sometimes collectively be referred to herein as "Creative Capital" or the "Creative Capital Entities."

[2] Since the filing of the Complaint, the Receivership has again been expanded and now includes Creative Capital Consortium, LLC, A Creative Capital Concept$, LLC, United Investment Club,

A. **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

The Receiver at this time believes the following witnesses may have discoverable information relating to the material facts supporting his allegations, including: the representations, misrepresentations, and omissions Defendants made in connection with the purchase or sale of the relevant securities:[3]

1.  Gabrielle Alexis,
    Law Offices of Gabrielle Alexis, P.A., and
    Mondesir & Alexis Title Services, Inc.
    c/o Kenneth S. Pollock, Esq., and Gary Shendell, Esq.
    Shendell & Pollock, P.L.
    One Park Place
    621 NW 53rd Street
    Boca Raton, FL 33487
           -and-
    Barry Michael Wax, Esq.
    777 Brickell Avenue, Suite 1210
    Miami , FL 33131

    The Defendants are likely to have knowledge of issues relevant to this case, including but not limited to Defendant's representations, misrepresentations, and omissions made in connection with the purchase or sale of securities.

2.  Jonathan E. Perlman, Esq.
    Court-appointed Receiver
    Genovese Joblove & Battista,
    4400 Bank of America Tower
    l00 SE 2nd Street
    Miami, FL 33131
    Telephone: (305) 349-2300

    The Receiver is likely to have knowledge of issues relevant to this case, including but not limited to assets that are or were under the control or authority of Defendants and Defendants' dealings.

---

LLC, Reverse Auto Loan, LLC, Wealth Builders Circle, LLC, The Dream Makers Capital Investment, LLC, G$ Trade Financial, Inc. and Unity Entertainment Group, Inc. which entities shall sometimes be collectively referred to as the "Receivership Entities."''
[3] The Receiver is updating addresses and contact information and will provide such updated information as confirmed.

3.       Kathleen E. Strandell, Staff Accountant
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
(305) 982-6300

The Commission Staff Accountant is likely to have knowledge of issues relevant to this case and case no. 08-81565-CIV-HURLEY/HOPKINS, pending in the United States District Court, Southern District of Florida (the "Main Case"), including but not limited to the flow of funds based on her analysis of bank records.

4.       Soneet R. Kapila., C.P.A.
Kapila & Co., Inc.
1009 South Federal Highway, Suite 200
Fort Lauderdale, FL 33316

The forensic accountant hired by the Receiver is likely to have knowledge of issues relevant to this case, including but not limited to document analysis and transaction summaries.

5.       Neptime Dieujuste
Florida Office of' Financial Regulation
401 NW 2nd Avenue, SuiteN-7
Miami, Florida 33128

This individual is likely to have knowledge of issues relevant to this case, including but not limited to Defendants' and/or Creative Capital Entities' and/or Receivership Entities' representations, operations, and practices.

6.       George Theodule
2204 Victor Court
Loganville, GA 30052

George Theodule is likely to have knowledge of issues relevant to this case, including but not limited to Defendants' and/or Creative Capital Entities' and/or Receivership Entities' representations, misrepresentations, and omissions made in connection with the purchase or sale of securities.

7.       Berthrum Brewster
739 East 52nd Street
Brooklyn, NY 11203

This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or

assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

8. William P. Sabarese
   6302 Emerald Sky Lane
   Green Acres, Florida 33463

   This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

9. Evelyn Metellus
   17152 33nd Road
   North Loxahatchee, Florida 33470

   This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

10. Collin Whitehall
    11A Emory Street J
    Jersey City, NJ 07304

    This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

11. Carola Timothee
    5942 Casa Del Rey Circle, Apt. A
    Orlando, Florida 32809

    This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

12. Angela Telesco
    2519 Grove Dr.
    Naples, FL 34120

This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

13. Osvaldo Olivencia
    1408 South Lake Pleasant Road
    Apopka, FL 32203

    This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

14. Rock Sanozier
    4770 N.W. 9th Court
    Plantation, FL 33317

    This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

15. Harold Jean-Pierre
    2541 N.W. 9th Terrace
    Wilton Manors, FL 33331

    This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

16. Mohan Singh
    New York, New York

    This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

17. Marie Clerge
    West Palm Beach, FL

    This investor is likely to have knowledge of issues relevant to this case, including but not limited to representations or omissions made by or on behalf of the Defendants' and/or Creative Capital Entities' and/or Receivership Entities', as well as the dealings and/or assets invested by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

18. Dorothy Delisfort
    2204 Victor Court
    Loganville, GA 30052

    Mrs. Delisfort (George Theodule's wife) is likely to have knowledge of issues relevant to this case, including but not limited to Defendants' and/or Creative Capital Entities' and/or Receivership Entities' operations, practices, and assets obtained.

19. Yolette T. Williams c/o Barry Wax, Esq.
    777 Brickell Avenue, Suite 1210
    Miami, FL 33131

    Ms. Williams (George Theodule's sister) is likely to have knowledge of issues relevant to this case, including but not limited to Defendants' and/or Creative Capital Entities' and/or Receivership Entities' operations, practices, and assets obtained.

20. Kathryn Parker

    This individual is likely to have knowledge of issues relevant to this case, including but not limited to Defendants' and/or Creative Capital Entities' and/or Receivership Entities' operations and practices, including SIMS, and assets obtained.

21. Carmen Romero-Tejada

    This individual is likely to have knowledge of issues relevant to this case, including but not limited to of Defendants' and/or Creative Capital Entities' and/or Receivership Entities' accounting analysis and flow of funds.

22. Sharon Hogarth

    This former employee of Creative Capital is likely to have knowledge of issues relevant to this case, including but not limited to operations, practices, and assets obtained by the Defendants and/or Creative Capital Entities and/or Receivership Entities.

23. Gabrielle Alexis
    c/o Kenneth S. Pollock, Esq.,
    Shendell & Pollock, P.L.

        One Park Place
        621 NW 53rd Street
        Boca Raton, FL 33487
            -and-
        Barry Wax, Esq.
        777 Brickell Avenue, Suite 1210
        Miami, FL 33131

        These attorneys are likely to have knowledge of issues relevant to this case, including but not limited to Defendant's and/or Creative Capital Entities' and/or Receivership Entities' operations, practices, and assets obtained.

24. Roger Tenna

        This head of the United Investment Club is likely to have knowledge of issues relevant to this case, including but not limited to Defendants' and/or Creative Capital Entities' and/or Receivership Entities' operations.

25. Individuals who have submitted Declarations or Affidavits in support of any party's motions to the Court in this case or in the Main Case.

        These individuals may have knowledge of issues relevant to this case, including but not limited Defendant's and/or Creative Capital Entities' and/or Receivership Entities' representations, operations, and practices, among other matters.

26. Past or present employees, partners, affiliates, officers, directors, principals, representatives, agents, or other persons acting on the behalf of any of the (i) Defendant(s), (ii) Creative Capital Entities, and/or (iii) Receivership Entities.

        These individuals are likely to have knowledge of issues relevant to this case, including but not limited to Defendants' and/or Creative Capital Entities' and/or Receivership Entities' representations, omissions, operations, and practices, among other matters. We have provided information regarding individuals upon whom we will rely who meet this description and of whom we are aware. As additional specific individuals become known to the Receiver relevant to these disclosures, we will disclose their identities.

27. Investors in Defendant(s) and/or Creative Capital Entities and/or Receivership Entities, including through the investment clubs.

        These individuals are likely to have knowledge of issues relevant to this case, including but not limited Defendants' and/or Creative Capital Entities' and/or Receivership Entities' representations, omissions, operations, and practices, among other matters. We have provided information regarding individuals upon whom we will rely who meet this description and of whom we are aware. As additional specific individuals become known to the Receiver relevant to these disclosures, he will disclose their identities.

28. All individual defendants in the Receiver's ancillary cases stemming from the Main Case. These individuals have knowledge of the issues relevant to the case and knowledge of the various transfers among and between the various defendants and/or the Creative Capital Entities and/or the Receivership Entities.  These individuals include:

    (i)     Dorothy Delisfort-Theodule;
    (ii)    George Julius Theodule;
    (iii)   Yves Theodule;
    (iv)    Mario Theodule;
    (v)     Evens Theodule;
    (vi)    Krissy McKeon;
    (vii)   Yolette Williams;
    (viii)  Gabrielle Alexis;
    (ix)    Kathryn Parker;
    (x)     Michel Beaubrun;
    (xi)    Patrick Eliacin;
    (xii)   Paulette Theodule;
    (xiii)  Rony Desvarennes;
    (xiv)   Wanda Corominas;
    (xv)    Gerson Corominas;
    (xvi)   Georgette Delisfort;
    (xvii)  Jean Dupre;
    (xviii) Daniel L. Lavan, Jr.;
    (xix)   Carolyn J. Lavan;
    (xx)    Nilda Rivera-Cruz.

**B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The following documents are in the possession, custody, or control of the Receiver and/or the Securities and Exchange Commission ("Commission") and may be used to support the allegations in the Complaint.

1. Documents obtained through discovery, formally and informally, from the following entities and individuals, who are defendants in ancillary proceedings filed by the Receiver in connection with the Main Case:

    a)   Captin Construction Group, Inc.;
    b)   Dorothy Delisfort-Theodule;
    c)   Wealth Builders Circle, LLC;
    d)   Caribbean Airways, LLC;
    e)   Donna Haver, Inc.;
    f)   Good Buy Homes, Inc.;
    g)   International Development Entrepreneurs of America, Inc.;

8

h) Complete Auto Repayment Solutions, Inc.;
i) George Julius Theodule;
j) Yves Theodule;
k) Divine Alliance, Inc.;
l) Leading Diversity Club
m) Mario Theodule
n) Smart Investment Management Services, LLC;
o) Got Swagg, Inc.;
p) Da Beat House, Inc.;
q) CEO of Five – 5 Business Solutions, Inc.;
r) Evens Theodule;
s) Yolette Williams;
t) Yopana Staffing Services, LLC;
u) Gabrielle Alexis;
v) Law Offices of Gabrielle Alexis, P.A.;
w) Mondesir & Alexis Title Services, Inc.;
x) Kathryn Parker;
y) Earlyviews, Inc.;
z) Michel Beaubrun;
aa) Beaubrun Investments, LLC;
bb) Patrick Eliacin;
cc) Paulette Theodule;
dd) Rony Desvarennes
ee) Georgette Delisfort;
ff) Jean Dupre
gg) G&R Aviation Services;
hh) Sky King Air Express, Inc.;
ii) Ridahs Productions, LLC;
jj) Wanda Corominas;
kk) Gerson Corominas;
ll) Advanced Investors Group of Orlando;
mm) Lakay Investment, Inc.;
nn) Five Corners Investors, I, LLC;
oo) Five Corners Investors, II, LLC;
pp) CFD-Regency I, LLC;
qq) CFD-Regency II, LLC;
rr) BW Aspire, LLC;
ss) Development Funding & Services, LLC;
tt) Daniel L. Lavan, Jr.;
uu) Carolyn J. Lavan;
vv) Showcase Investment Group;
ww) Millenium Executive Realty, Inc.;
xx) Nilda Rivera-Cruz ;
yy) Dean Mead Egerton Bloodworth Capuano & Bozarth, PA;
zz) Dolce Regency Suites, LLC

2. Documents obtained from financial institutions, including documents relating to the accounts of Defendants and Theodule family members and Delisfort family members and which may how payments by investors, from:
   a) Sun Trust Bank;
   b) WaMuBank;
   c) Bank of America;
   d) Charles Schwab;
   e) J.P. Morgan Chase & Co.;
   f) OptionsXpress;
   g) Trade Station Securities Account;
   h) Societe Generale;
   i) Thinkorswim

3. Documents obtained from Defendants' and/or Creative Capital Entities' and/or Receivership Entities' past or present employees or agents or others acting on behalf of Defendants and/or Creative Capital Entities and/or Receivership Entities.

4. Documents obtained from governmental bodies:

   a) Florida Secretary of State, Division of Corporations;
   b) Georgia Secretary of State;
   c) Florida Office of Financial Regulation;

5. Documents relating to Defendants' and/or Creative Capital Entities' and/or Receivership Entities' operations, including investment club organization and management, including bylaws, operating procedures, partnership agreements, receipts, membership applications, business plans; and documents related to affiliated entities;

6. Documents obtained from the Commission in connection with their ongoing investigation of George Theodule.

7. Documents and attachments filed with the Court by any party in this case, all ancillary cases filed by the Receiver, and in the Main Case;

8. Testimony transcripts and documents used as exhibits in discovery by any party in this case and/or the Main Case, including exhibits to depositions taken in this case and/or the Main Case.

**C.  A computation of any category of damages claimed by the disclosing party, making available for inspection and/or as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

In general, the Receiver seeks a final judgment to avoid and recover fraudulent transfers made to or for the benefit of the Defendant(s), and all equitable causes of action related to said transfers, which each received as a result of the acts or courses of conduct alleged in the

Complaint. See The Receiver's Complaint. [DE 1] (or any Amended Complaint subsequently filed). The damages sought by the Receiver are identified with specificity in the Receiver's Complaint (or any Amended Complaint subsequently filed) and are subject to further amendment during the ongoing course of discovery.  To the extent that the Receiver's Complaint in this case seeks the recovery of funds misappropriated by insiders of George Theodule and the Receivership Entities, then in addition, those damages associated with the Receiver's fraudulent transfers claims and/or equitable causes of action (as previously identified), the Receiver also seeks the recovery of the total sum of investment funds misappropriated by George Theodule in connection with the underlying Ponzi Scheme.

**D.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The Receiver is not aware of any insurance that is relevant to this matter.  The Receiver reserves its right to supplement or amend this disclosure statement.

Dated:  November 16, 2009         Respectfully submitted,
Miami, Florida

By: /s/ Harris J. Koroglu
David C. Cimo
Florida Bar No.: 775400
dcimo@gjb-law.com
David P. Lemoie
Florida Bar No.: 188311
dlemoie@gjb-law.com
Harris J. Koroglu
Florida Bar No.: 32597
hkoroglu@gjb-law.com
Genovese Joblove & Battista, P.A.
4400 Bank of America Tower
100 Southeast Second Street
Miami, Florida  33131
Tel:  (305) 349-2300
Fax: (305) 349-2310
*Attorneys for Receiver,*
*Jonathan E. Perlman, Esq.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2009, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Harris J. Koroglu
      Harris J. Koroglu, Esq.
      Florida Bar No. 32597

**SERVICE LIST**

**JONATHAN E. PERLMAN, ESQ., as court appointed Receiver of Creative Capital Consortium, LLC, et al. v. GABRIELLE ALEXIS, et al.
CASE NO. 09-20865-CIV-HURLEY/HOPKINS
United States District Court, Southern District of Florida**

David C. Cimo, Esq.
Florida Bar No. 775400
dcimo@gjb-law.com
David P. Lemoie, Esq.
Florida Bar No. 188311
dlemoie@gjb-law.com
Harris J. Koroglu, Esq.
Florida Bar No. 32597
hkoroglu@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131
Telephone:  (305) 349-2300
Facsimile:  (305) 349-2310
*Attorneys for the Receiver*


Kenneth S. Pollock, Esq.
ken@shendellpollock.com
Gary Shendell, Esq.
gary@shendellpollock.com
Shendell & Pollock, P.L.
One Park Place
621 NW 53rd Street
Boca Raton, FL 33487
Telephone:  (561) 241-2323
Facsimile:   (561) 241-2330
*Attorneys for Defendants*


Barry Michael Wax, Esq.
barrywax@bellsouth.net
777 Brickell Avenue, Suite 1210
Miami , FL 33131
Telephone: (305) 373-4400
Facsimile: (305) 381-7135
*Attorney for Defendants*