UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-20865-CIV-HURLEY/HOPKINS

JONATHAN E. PEARLMAN,

 Plaintiff,

vs.

GABRIELLE ALEXIS, et al.,

 Defendants.

               /

**ORDER GRANTING AGREED MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL DEADLINES**

 **THIS CAUSE** is before the court upon plaintiff's agreed motion to continue trial and extend pretrial deadlines [DE # 29]. The court finds that a continuance of this case is justified. It is hereby **ORDERED** and **ADJUDGED** that:

1. The unopposed motion to continue trial and extend pretrial deadlines [DE # 29] is **GRANTED**.

2. This case is **RE-SET** for trial on the **May 2010 Trial Calendar** which commences on **Monday, May 3, 2010.** Counsel for all parties shall appear at a calendar call commencing at **8:30** a.m. on **Thursday, April 22 2010** at courtroom five at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

3. The parties shall adjust all pre-trial deadlines in the August 21, 2009 "Order Setting Trial Date" [DE # 12] to comply with the new calendar call date listed in this order.

Order Granting Motion to Continue Trial and Extend Pretrial Deadlines
Pearlman v. Gabrielle Alexis, et al.
Case No. 09-20865-CIV-HURLEY/HOPKINS

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of January, 2010.

_____
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*