CLOSED CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

CASE NO. 09-20865-CIV-HURLEY/HOPKINS
(Ancillary Proceeding to U.S.D.C. Case No. 08-81565-CIV-HURLEY/HOPKINS)

JONATHAN E. PERLMAN, Esq., as court
appointed Receiver of Creative Capital
Consortium, LLC, et al.,

    Plaintiff,

v.

GABRIELLE ALEXIS, et al.,

    Defendants.
_____/

## FINAL JUDGMENT

Plaintiff, Jonathan E. Perlman, Esq., the court-appointed Receiver (the "Receiver") of Creative Capital Consortium, LLC, A Creative Capital Concept$, LLC, United Investment Club, LLC, Reverse Auto Loan, LLC, Wealth Builders Circle, LLC, The Dream Makers Capital Investment, LLC, G$ Trade Financial, Inc. and Unity Entertainment Group, Inc. (collectively the "Receivership Entities"), having filed a Complaint for the avoidance of certain alleged fraudulent transfers and other relief against Gabrielle Alexis, an individual, the Law Offices of Gabrielle Alexis, P.A., a Florida professional association, and Mondesir & Alexis Title Services, Inc., a dissolved Florida corporation (collectively referred to herein as the "Defendants"), and the Defendants having appeared and having consented to the entry of this Final Judgment without contest, and the Plaintiff having consented to this Final Judgment:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.     This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 754 and 1692.

2. This Court has personal jurisdiction over the Defendants pursuant to 28 U.S.C. § 754 and 1692.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391 and 1367.

4. On February ___, 2010, the Plaintiff and the Defendants entered into a certain Stipulation of Settlement, attached hereto and incorporated by reference herein. The parties to this action shall comply with and fully perform each and all of their duties and obligations as set forth in the Stipulation of Settlement.

5. The Defendants have made certain representations and disclosures to the Receiver regarding their financial status that are attached to the Stipulation of Settlement and are hereby incorporated into this Order, including that Defendants are without sufficient assets to satisfy a full money judgment entered against them in connection with the Plaintiff's claims. The Defendants acknowledge and agree that the Plaintiff has relied upon the truthfulness of these representations and disclosures in entering into the Stipulation of Settlement.

6. The Defendants hereby waive their right to appeal this Final Judgment.

7. This Court retains jurisdiction over this action for purposes of interpreting, enforcing or modifying this Final Judgment, including the incorporated Stipulation of Settlement, and for the purpose of granting such additional relief that may be necessary and appropriate.

8. Final Judgment is hereby entered in this cause for the Receiver and against, Gabrielle Alexis, Law Offices of Gabrielle Alexis, P.A., and Mondesir & Alexis Title Services, Inc., jointly and severally, on the above described terms.

Dated this 11 day of March, 2010.

SO-ORDERED:

United States District Judge

**ENTRY CONSENTED TO:**

By: _____
Jonathan E. Perlman, Esq., solely in his capacity as Court appointed Receiver for Creative Capital Consortium, LLC, A Creative Capital Concept$, LLC, United Investment Club, LLC, Reverse Auto Loan, LLC, Wealth Builders Circle, LLC, The Dream Makers Capital Investment, LLC, G$ Trade Financial, Inc. and Unity Entertainment Club, Inc.

Date: 2/23/2010

By: _____
Gabrielle Alexis, individually

Date: 2-15-10

Law Offices of Gabrielle Alexis, P.A.

By: Gabrielle Alexis, its sole shareholder

Date: 2-15-10

Mondesir & Alexis Title Services, Inc.

By: Gabrielle Alexis, President

Date: 2-15-10

10061-015/047

3