UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20865-CIV-HURLEY/HOPKINS

JONATHAN E. PERLMAN,

    Plaintiffs,

v.

GABRIELLE ALEXIS, et al.,

    Defendants.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the court following the court order granting the receiver's motion for default judgment. This court hereby enters judgment, pursuant to Fed. R. Civ. P. 58, as follows:

**FINAL JUDGMENT** is entered in favor of plaintiff Jonathan E. Perlman and against Defendants Gabrielle Alexis, Law Offices of Gabrielle Alexis, P.A., and Mondesir & Alexis Title Services, Inc. in the total amount of $750,000.00 (seven hundred and fifty thousand dollars), together with post-judgment interest at the prevailing legal rate. for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 23rd day of June, 2010.

                                                       _____
                                                       Daniel T. K. Hurley
                                                       United States District Judge

*Copies provided to counsel of record*